IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

------------------------------------------------------------------
In re: AVANDIA MARKETING,                    :     MDL NO. 1871
SALES PRACTICES AND                          :
PRODUCTS LIABILITY LITIGATION                :
------------------------------------------------------------------ :
THIS DOCUMENT APPLIES TO:                    :
                                             :
*County of Santa Clara v. SmithKline Beecham* :
*Corporation, doing business as GlaxoSmithKline,* :     10-CV-1637
*L.L.C.*                                     :
                                             :
------------------------------------------------------------------ :

## STIPULATION OF DISMISSAL UNDER FED. R. CIV. P. 41(A)(1)

In response to the Court's October 15, 2019 Order (No. 07-md-1871, Dkt. 5280), the parties informed the Court on October 29, 2019 that they had reached an agreement in principle which would resolve the above-captioned matter. The parties have now memorialized that agreement, and hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Eastern District of Pennsylvania Local Rule of Civil Procedure 41.1(b) that this action be dismissed with prejudice, and without costs, on the basis that the issues between the parties have been settled.

Date:   June 1, 2020                          Respectfully submitted,

*/s/ Kavita Narayan*                          */s/ Sean P. Fahey*
James R. Williams, County Counsel             Nina M. Gussack (Pa. Bar No. 31054)
Kavita Narayan, Lead Deputy County Counsel    Sean P. Fahey (Pa. Bar No. 73305)
OFFICE OF THE COUNTY COUNSEL                  PEPPER HAMILTON LLP
COUNTY OF SANTA CLARA                         3000 Two Logan Square
70 W. Hedding Street – East Wing, 9th Floor   18th & Arch Streets
San Jose, CA 95110                            Philadelphia, PA 19103
                                              (215) 981-4000

**Attorneys for the County of Santa Clara**
**and the People of the State of California**  **Attorneys for Defendant GlaxoSmithKline LLC**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : : | MDL NO. 1871 07-md-1871 |
| THIS DOCUMENT APPLIES TO: | : : | |
| *County of Santa Clara v. SmithKline Beecham Corporation, doing business as GlaxoSmithKline, L.L.C.* | : : : : | 10-CV-1637 |

**[PROPOSED] ORDER OF DISMISSAL**

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Eastern District of Pennsylvania Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action, with each party bearing its own costs. The Clerk is directed to close the file.

It is so **ORDERED**.

Dated: _____                    _____

**HON. CYNTHIA M. RUFE**