IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: AVANDIA MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | : : : | MDL NO. 1871 07-md-1871 |
| THIS DOCUMENT APPLIES TO: | : : : | |
| *County of Santa Clara v. SmithKline Beecham Corporation, doing business as GlaxoSmithKline, L.L.C.* | : : : : | 10-CV-1637 |

## ORDER OF DISMISSAL

Pursuant to the stipulation of the parties under Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Eastern District of Pennsylvania Local Rule of Civil Procedure 41.1(b), it is hereby **ORDERED** that this action be, and hereby is, dismissed with prejudice as to all claims and causes of action, with each party bearing its own costs. The Clerk is directed to close the case. The Court appreciates the diligence and professionalism of the parties and counsel in resolving this matter.

It is so **ORDERED**.

/s/ Cynthia M. Rufe
_____

Dated: June 2, 2020

**HON. CYNTHIA M. RUFE**